## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re:   JEFFREY D MORRIS | § § § § § § | Case No.: 12-18118 |
| Debtor(s) | | |

_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

      1)     The case was filed on 05/02/2012.

      2)     This case was confirmed on  N/A.

      3)     The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

      4)     The trustee filed action to remedy default by the debtor in performance under the plan on NA.

      5)     The case was dismissed on 08/16/2012.

      6)     Number of months from filing to the last payment:  0

      7)     Number of months case was pending:  7

      8)     Total value of assets abandoned by court order:  NA

      9)     Total value of assets exempted: $     5,410.00

      10)    Amount of unsecured claims discharged without payment $       .00

      11)    All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | .00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | .00 |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | .00 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | .00 |
| Attorney fees paid and disclosed by debtor | $ | 89.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF CHICAGO DEPT | SECURED | 2,200.00 | .00 | .00 | .00 | .00 |
| NATIONWIDE ACCEPTANC | UNSECURED | 2,630.00 | 5,743.03 | 5,743.03 | .00 | .00 |
| BLACKHAWK FINANCE | OTHER | .00 | NA | NA | .00 | .00 |
| BLACKHAWK FINANCIAL | SECURED | 5,000.00 | 5,164.85 | 5,000.00 | .00 | .00 |
| BLACKHAWK FINANCIAL | UNSECURED | 181.00 | .00 | 164.85 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | NA | 4,913.20 | 4,913.20 | .00 | .00 |
| ARNOLD SCOTT HARRIS | OTHER | .00 | NA | NA | .00 | .00 |
| STATE OF IL DEPT OF | OTHER | .00 | NA | NA | .00 | .00 |
| STATE OF IL DEPT OF | PRIORITY | 800.00 | NA | NA | .00 | .00 |
| IDES | OTHER | .00 | NA | NA | .00 | .00 |
| KAPLAN BANKRUPTCY FI | PRIORITY | 3,411.00 | NA | NA | .00 | .00 |
| NW INDIANA RADIOLOGI | UNSECURED | 155.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 185.00 | NA | NA | .00 | .00 |
| CB USA INC | UNSECURED | 119.00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | 2,500.00 | NA | NA | .00 | .00 |
| COMCAST CHICAGO | UNSECURED | 614.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | OTHER | .00 | NA | NA | .00 | .00 |
| COMED | UNSECURED | 91.00 | NA | NA | .00 | .00 |
| COOK COUNTY RECORDER | UNSECURED | 2,360.00 | NA | NA | .00 | .00 |
| COMCAST CHICAGO | UNSECURED | 194.00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION AS | UNSECURED | 847.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 8,000.00 | NA | NA | .00 | .00 |
| ASSOCIATE AREA COUNS | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| D PATRICK MULLARKEY | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| IRS | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| IRS | OTHER | .00 | NA | NA | .00 | .00 |
| UNITED STATES ATTORN | OTHER | .00 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY CO | UNSECURED | 113.00 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY CO | UNSECURED | 709.00 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY CO | UNSECURED | 435.00 | NA | NA | .00 | .00 |
| EQUABLE ASCENT FINAN | UNSECURED | 324.00 | NA | NA | .00 | .00 |
| MANSARDS | UNSECURED | 2,934.00 | NA | NA | .00 | .00 |
| FIRST RATE FINANCIAL | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | UNSECURED | 91.00 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 324.00 | NA | NA | .00 | .00 |
| ICS COLLECTIONS SVC | UNSECURED | 112.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 4,000.00 | 36.00 | 6,064.36 | .00 | .00 |
| ST CATHERINE HOSPITA | UNSECURED | 651.00 | NA | NA | .00 | .00 |
| ST CATHERINE HOSPITA | UNSECURED | 241.00 | 892.45 | 892.45 | .00 | .00 |
| MUNSTER RADIOLOGY GR | UNSECURED | 104.00 | 140.00 | 140.00 | .00 | .00 |
| LAKE COUNTY RECORDER | OTHER | .00 | NA | NA | .00 | .00 |
| MACEY BANKRUPTCY LAW | OTHER | .00 | NA | NA | .00 | .00 |
| MEDICAL COLLECTIONS | UNSECURED | 178.00 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | UNSECURED | 2,487.00 | NA | NA | .00 | .00 |
| NIPSCO | OTHER | .00 | NA | NA | .00 | .00 |
| COOK COUNTY STATES A | OTHER | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | OTHER | .00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 425.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| RICHARD P KOMYATTE & | UNSECURED | 104.00 | NA | NA | .00 | .00 |
| SENEX SERVICES CORP | UNSECURED | 382.00 | NA | NA | .00 | .00 |
| SAINT MARGARET MERCY | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 690.00 | NA | NA | .00 | .00 |
| STROGER HOSPITAL | UNSECURED | 111.00 | NA | NA | .00 | .00 |
| LAKE SUPERIOR COURT | OTHER | .00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | 58.00 | NA | NA | .00 | .00 |
| AMERISTAR CASINO EAS | UNSECURED | 220.00 | NA | NA | .00 | .00 |
| NIPSCO | UNSECURED | 321.00 | 321.38 | 321.38 | .00 | .00 |
| NORTHWEST EMERGENCY | UNSECURED | 303.00 | NA | NA | .00 | .00 |
| NORTHWEST EMERGENCY | UNSECURED | 303.00 | NA | NA | .00 | .00 |
| EMERGENCY MEDICAL SE | UNSECURED | 253.00 | NA | NA | .00 | .00 |
| MACEY BANKRUPTCY LAW | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NA | 1,991.28 | 1,991.28 | .00 | .00 |
| STATE OF IL DEPT OF | UNSECURED | NA | 3,202.00 | 3,202.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS DEPT OF REV | SECURED | NA | 6,028.36 | .00 | .00 | .00 |
| UNITED CREDIT RECOVE | UNSECURED | NA | 578.00 | 578.00 | .00 | .00 |
| QUANTUM3 GROUP LLC | UNSECURED | NA | 1,393.68 | 1,393.68 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.=============================================================================.
|                                                                             |
|  Summary of Disbursements to Creditors:                                     |
|                                                                             |
|                                        Claim        Principal       Int.    |
|                                        Allowed      Paid           Paid     |
|  Secured Payments:                                                          |
|       Mortgage Ongoing                      .00         .00          .00    |
|       Mortgage Arrearage                    .00         .00          .00    |
|       Debt Secured by Vehicle          5,000.00        .00          .00     |
|       All Other Secured                     .00         .00          .00    |
|  TOTAL SECURED:                        5,000.00        .00          .00     |
|                                                                             |
|  Priority Unsecured Payments:                                               |
|       Domestic Support Arrearage            .00         .00          .00    |
|       Domestic Support Ongoing              .00         .00          .00    |
|       All Other Priority                    .00         .00          .00    |
|  TOTAL PRIORITY:                            .00         .00          .00    |
|                                                                             |
|  GENERAL UNSECURED PAYMENTS:           25,404.23        .00          .00    |
|                                                                             |
.=============================================================================.


.=============================================================================.
|                                                                             |
|  Disbursements:                                                             |
|                                                                             |
|       Expenses of Administration       $       .00                          |
|       Disbursements to Creditors        $       .00                          |
|                                                                             |
|  TOTAL DISBURSEMENTS:                              $       .00               |
|                                                                             |
.=============================================================================.
```

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:    11/29/2012                        /s/ Tom Vaughn_____
                                            Tom Vaughn, Chapter 13 Trustee


**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**